

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00499-CV

Janet **CRIST**,
Appellant

v.

Irma **CEVALLOS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-06388
Honorable Christine Vasquez-Hortick, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed**. Costs of court for this appeal are taxed against Janet Crist.

SIGNED May 31, 2023.

_____
Patricia O. Alvarez, Justice